UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IDELL KONATE,

    Plaintiff,

v.                                          Case No. 2:10-cv-14946

DETROIT RESCUE MISSION MINISTRIES,

    Defendant.
                                               /

**ORDER OF DISMISSAL**

On October 13, 2011, the parties informed the court that they have reached a mutually agreeable settlement of the above-titled matter. The parties further indicated that they expect to submit a stipulated order of dismissal within two weeks. Accordingly,

IT IS ORDERED that this case is DISMISSED without prejudice. The parties shall provide the court a stipulated order dismissing the case with prejudice that, when entered, will supercede this order. If the court does not receive such an order by **October 27, 2011**, the court will contact the parties to schedule a telephone conference.

                                                    s/Robert H. Cleland
                                                    ROBERT H. CLELAND
                                                    UNITED STATES DISTRICT JUDGE

Dated: October 14, 2011

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, October 14, 2011, by electronic and/or ordinary mail.

                                                    s/Lisa Wagner
                                                    Case Manager and Deputy Clerk
                                                    (313) 234-5522